UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THEODORE J. HELLMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12CV02177 AGF |
| RENATO CATALDO, et. al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Following a conference call with counsel,

**IT IS HEREBY ORDERED** that the parties are granted, up to and including, **Friday, May 2, 2014**, to file their motion for preliminary approval of class action settlement pursuant to Federal Rule of Civil Procedure 23.

**IT IS FURTHER ORDERED** that the stay previously entered in this matter remains in full force and effect.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2014.